UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNY KHIEV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:20-cv-00776-HBK (SS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY TO DIRECT CLERK TO SERVE SUMMONS AND TO ISSUE SCHEDULING ORDER<br><br>(Doc. No. 4) |

　　　　This matter comes before the Court upon initial review of the file that was recently reassigned to the undersigned. (Doc. No. 3). Pending before the Court is Plaintiff's motion for temporary lifting of the stay entered by General Order 615 to allow issuance of summons and service of complaint filed on November 30, 2020. (Doc. No. 4). Plaintiff initiated this action by filing a Complaint for Review of Final Decision of the Commission of the Social Security accompanied by the filing fee on June 4, 2020. (Doc. No. 1). The Court will grant the motion in order that Plaintiff may serve his Complaint. By separate Order, this Court will issue a Scheduling and Briefing Order. Plaintiff is directed to paragraph 1 of that Order. Plaintiff shall promptly file proof of service with the Court upon completion of service upon the Commissioner.

　　　　Accordingly, it is now **ORDERED**:

1. Plaintiff's motion for temporary lifting of stay to allow issuance of summons and service of complaint (Doc. No. 4) is **GRANTED**.

2. The Clerk of Court shall attach its "Instructions for Service of Social Security Appeals" to this Order.

3. The Clerk is directed to issue summons; and

4. Within five (5) days of receiving the return of service from the U.S. Marshal, **Plaintiff shall file the return of service with the Court.**

IT IS SO ORDERED.

Dated:   January 14, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE